GREENBERG TRAURIG, LLP
Leslie Corwin (LC-0254)
Rachel Izower (RI-0050)
200 Park Avenue
New York, New York 10016
Tel.: (212) 801-9200

Attorneys for Reed Group, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KENNETH F. PHILLIPS,                        :
                                            :
                    Plaintiff,              :
                                            :
        v.                                  :   Case No.
                                            :
REED GROUP, LLC, STACEY GRACE, PRESLEY      :   **RULE 7.1**
REED, PETER B. NAGEL, as Trustee of the Presley :   **DISCLOSURE STATEMENT**
Reed 1999 Family Trust                      :
                                            :
                    Defendants.             :
------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Reed Group, LLC certify (i) that Reed Group, LLC has no parent corporation and (ii) that there is no publicly held corporation that owns 10% or more of Reed Group, LLC stock.

Dated: New York, New York
       April 30, 2007

                                GREENBERG TRAURIG, LLP
                                By _____
                                   Leslie Corwin (LC-0254)
                                   Rachel Izower (RI-0050)
                                200 Park Avenue
                                New York, New York 10166
                                Tel: (212) 801-9200

                                Attorneys for Reed Group, LLC