GREENBERG TRAURIG, LLP
Leslie Corwin (LC-0254)
Rachel Izower (RI-0050)
200 Park Avenue
New York, New York 10016
Tel.: (212) 801-9200

*Attorneys for Defendants the Reed
Group, LLC, Stacey Grace, and Peter
B. Nagel, Trustee of the Presley Reed
1999 Family Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KENNETH F. PHILLIPS,

                      Plaintiff,

        v.

REED GROUP, LLC, STACEY GRACE, PRESLEY
REED, PETER B. NAGEL, as Trustee of the Presley
Reed 1999 Family Trust

                      Defendants.
------------------------------------------------------------------ x

Case No. 07 CV 3417 (DAB)

**NOTICE OF MOTION FOR AN ORDER DIRECTING PLAINTIFF TO FILE A COMPLAINT AND EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND**

PLEASE TAKE NOTICE that upon this Notice of Motion and the accompanying declaration of Rachel Izower, defendants Reed Group, LLC, Stacey Grace and Peter B. Nagel, as Trustee of the Presley Reed 1999 Family Trust (together "Defendants") will move this Court before the Honorable Deborah A. Batts, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order directing Plaintiff Kenneth F. Phillips to file a complaint in the above-captioned action and enlarging Defendants' time to answer or otherwise respond until 30 days after the complaint is served upon each.

Dated: New York, New York
May 7, 2007

                    GREENBERG TRAURIG, LLP

                    By: _____
                          Leslie Corwin (LC-0254)
                          Rachel Izower (RI-0050)
                    200 Park Avenue
                    New York, New York  10166
                    Tel: (212) 801-9200

                    Attorneys for Defendants the Reed Group,
                    LLC, Stacey Grace, and Peter B. Nagel,
                    Trustee of the Presley Reed 1999 Family Trust

TO: Kenneth F. Phillips
       12 Walnut Street, Suite 21
       Natick, Massachusetts  01760
       Plaintiff
       By Federal Express and U.S. Mail