GREENBERG TRAURIG, LLP
Leslie Corwin (LC-0254)
Rachel Izower (RI-0050)
200 Park Avenue
New York, New York 10016
Tel.: (212) 801-9200

*Attorneys for Defendants the Reed
Group, LLC, Stacey Grace, and Peter
B. Nagel, Trustee of the Presley Reed
1999 Family Trust*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
KENNETH F. PHILLIPS,                                            :
                                                                :
                           Plaintiff,                           :
                                                                :
                v.                                              :  Case No. 07 CV 3417 (DAB)
                                                                :
REED GROUP, LLC, STACEY GRACE, PRESLEY                          :
REED, PETER B. NAGEL, as Trustee of the Presley                 :
Reed 1999 Family Trust                                          :
                                                                :
                           Defendants.                          :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I am associated with Greenberg Traurig, attorneys for Defendants Reed Group, LLC, Stacey Grace, Presley Reed and Peter B. Nagel, as Trustee of the Presley Reed 1999 Family Trust.

I hereby certify that on the 7th day of May, 2007, I caused true and correct copies of the Notice of Motion for an Order directing plaintiff to file a complaint and extending defendants' time to answer or otherwise respond and the accompanying declaration of Rachel Izower to be served by U.S. Mail and Federal Express on plaintiff Kenneth F. Phillips at 12 Walnut Street, Suite 21, Natick, Massachusetts 01760.

Dated: May 7, 2007
      New York, New York

                                                                 _____
                                                                 Rachel Izower