GREENBERG TRAURIG LLP
Leslie D. Corwin (LC-0254)
Rachel Izower (RI-0050)
200 Park Avenue
New York, NY 10166
(212) 801-9200

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
KENNETH F. PHILLIPS,

                             Plaintiff,

                          Case No. 07 CV 3417 (DAB)
      v.

REED GROUP, LTD., REED GROUP, LLC, STACEY
GRACE, PRESLEY REED, PETER B. NAGEL, as
Trustee of the Presley Reed 1999 Family Trust

                            Defendants.
-------------------------------------------------------------------- x

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Peter Nagel, the Declaration of Leslie D. Corwin, and all pleadings and proceedings had herein, Defendants Reed Group, Ltd., Reed Group, LLC, Stacey Grace, Presley Reed, and Peter Nagel, as Trustee of the Presley Reed 1999 Family Trust (together "Reed Group") move this Court before the Honorable Deborah A. Batts, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1620, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. Rules 12(b) (2), (3) and (6), dismissing the complaint brought against the Reed Group by Plaintiff Kenneth F. Phillips in its entirety; or, in the alternative, for an order transferring the action, pursuant

NY 238471117v2 7/25/2007

to 28 U.S.C. § 1404(a), to the United States District Court for the District of Colorado; and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York  
       July 25, 2007

GREENBERG TRAURIG, LLP

By: _____  
Leslie D. Corwin (LC-0254)  
Rachel Izower (RI-0050)  
200 Park Avenue  
New York, NY 10166  
(212) 801-9200  
*Attorneys for Defendants*