**EXHIBIT D**

# U. S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **COLORADO** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,399 | 3,305 | 3,520 | 3,418 | 3,233 | 3,092 | | |
| | Terminations | | 3,587 | 3,441 | 3,545 | 3,201 | 3,294 | 3,081 | | |
| | Pending | | 2,592 | 2,764 | 2,910 | 2,966 | 2,950 | 3,041 | | |
| | % Change in Total Filings | Over Last Year | 2.8 | | | | | | 12 | 1 |
| | | Over Earlier Years | | -3.4 | -.6 | 5.1 | 9.9 | | 30 | 4 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | 3.0 | 10.1 | 17.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 486 | 472 | 504 | 488 | 461 | 442 | 29 | 2 |
| | | Civil | 401 | 380 | 407 | 383 | 372 | 381 | 15 | 1 |
| | | Criminal Felony | 62 | 71 | 75 | 87 | 79 | 61 | 56 | 5 |
| | | Supervised Release Hearings** | 23 | 21 | 22 | 18 | 10 | - | 44 | 4 |
| | Pending Cases | | 370 | 395 | 416 | 424 | 421 | 434 | 50 | 3 |
| | Weighted Filings** | | 522 | 544 | 579 | 557 | 550 | 538 | 22 | 3 |
| | Terminations | | 512 | 492 | 506 | 457 | 471 | 440 | 25 | 2 |
| | Trials Completed | | 23 | 26 | 26 | 23 | 27 | 35 | 28 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.4 | 8.1 | 8.5 | 7.4 | 9.4 | 7.9 | 40 | 8 |
| | | Civil** | 8.8 | 8.3 | 8.7 | 9.3 | 9.9 | 10.0 | 34 | 2 |
| | From Filing to Trial** (Civil Only) | | 32.0 | 28.4 | 26.4 | 26.0 | 28.0 | 33.4 | 66 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 138 | 157 | 151 | 160 | 181 | 174 | | |
| | | Percentage | 6.6 | 6.9 | 6.2 | 6.3 | 7.4 | 6.6 | 47 | 3 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.5 | 1.5 | 1.4 | 1.4 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 40.94 | 33.26 | 36.91 | 38.89 | 31.14 | 35.53 | | |
| | | Percent Not Selected or Challenged | 43.5 | 27.4 | 37.8 | 45.6 | 35.8 | 41.9 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2809 | 173 | 61 | 891 | 68 | 31 | 112 | 385 | 196 | 158 | 413 | 5 | 316 |
| Criminal* | 425 | 1 | 44 | 145 | 82 | 65 | 37 | 10 | 8 | 12 | 7 | 3 | 11 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."