# EXHIBIT A

Case 1:07-cv-03417-DAB-DCF    Document 13-2    Filed 07/25/2007    Page 1 of 3



Search our site [seek]   Breaking News / Headlines   7day Archive [7day archive]

AUG 1, 2000

PRINT-READY | TALK TO US | E-MAIL ARTICLE

**Front Page**
**Prime News**
**Singapore**
**East & SE Asia**
**World**
**Money**
**Cybernews**
**Sports**
**Life!**
**Analysis**
**Opinion**
**Forum**
**Index of stories**
**Photo Special**
**Let's Chat**
**Web Special**
**ST Classified Ads**
**STI@Avantgo**
**About Us**
**FAQ**
**Advertising**
**Site Map**

## Medical group offers 50m shares at 20

### By LOH CHEN YI

MEDICAL consultants Reed Group Holdings, the first company with a US business history to launch an initial public offer on the Singapore Exchange, has priced its shares at 20 cents a piece.

The company, which was incorporated in Singapore last November and whose US predecessor has been operating since 1977, is offering 50 million new shares of five cents par value.

Reed will be listed and traded on Sesdaq.

Of the total, five million shares will be offered to the public for subscription over the Internet.

The remaining 45 million shares are available through application forms from banks and stockbroking companies.

The company intends to use $2 million of the $8.3 million in net proceeds to repay debt owing to Reed's shareholders in a restructuring of its US operations prior to the Sesdaq listing.

It will also spend $3 million on various Internet initiatives to boost its product line while the remaining $3.3 million will be used to fund working capital needs.

Speaking at the launch of the public offer, chairman Presley Reed said: ""We believe that no real competition for what we do exists at this time given the nature and the way our product is put together."

He was referring to the flagship Medical Disability Advisor, which is in use by over half of the US Fortune 500 companies.

The company has another three lines of businesses relating to medical management services, software development and educational services.

At the issue price, the shares are at a relatively hefty price-earnings (PE) ratio of 74.1 times based on last year's earnings.

The PE ratio jumps to 133.3 times when service agreements binding Dr Reed and his wife Stacey, who is also the company's president, are factored into overall operating costs.

### Story Index

**SINGAPORE**

- Pidemco, DBS Land roll out plans
- Keppel FELS eyes BP kiosks
- Differing fortunes for Keppel units
- DBS Land first-half profit falls to $46m
- SPH shares jump 90 cents to $29.50, bucking market trend
- Developers stand to gain from review
- Our wishes are granted: Redas
- Keppel Corp misses chance to save $500m
- Mixed showing from property counters on talk of rule change
- finatiQ offers high FD rates
- EDB fund raises $25m at first closing
- StarHub links up to AT&T service
- Pac Can seeks go-ahead to sell new shares
- Jade buys lead-frames supplier
- Medical group offers 50m shares at 20
- Briefly
- STI rebounds as punters snap up "bargains'
- What it should have been

**REGIONAL**

- Pay rise boost for Japanese recovery
- Analysts query choice of new chief watchdog
- NTT fires worker for leaking details
- Qantas all set to buy 20% stake in MAS

The Straits Times Interactive: Money                                          07/20/2007 03:21 PM

These service agreements, which came into effect last month, entitle Dr and Mrs Reed to an annual salary each of US$200,000 (S$347,800) a year as well as annual bonuses not exceeding three months.

The share offer will close next Monday and the shares will trade on a ""when issued" basis next Tuesday.

  

- Asian currencies take a tumble
- KL bank mergers to get tax breaks

### WORLD

- Opec risks price slump, chief warns
- De Beers in $540m bid for Ashton
- HSBC's profit rises 28% to $9b
- Wall St set to dish out 39 IPOs this week
- German auction may raise $100b
- Rev Jackson to mediate in Burger King saga
- MobilCom leads in German auction

Copyright © 2000 Singapore Press Holdings. All rights reserved.    Privacy Statement    Conditions of Access                Return to Top