# EXHIBIT C

Vendor: PHILL001

| Item Code | Location | Qty | Unit Price | Gross Amount | Discount | Net Amount |
|---|---|---|---|---|---|---|
| Item Description | | | GL Account Code | | | |
| | | 1 | 940.91 | 940.91 | 0.00 | 940.91 |
| KP 2004 airline travel e | | | 7405800000 | | | |
| | | 1 | 361.31 | 361.31 | 0.00 | 361.31 |
| KP 2004 car rental chro | | | 7015800000 | | | |
| | | 1 | 1,302.25 | 1,302.25 | 0.00 | 1,302.25 |
| KP 2004 lodging exp | | | 7410800000 | | | |
| | | 1 | 62.44 | 62.44 | 0.00 | 62.44 |
| KP 2004 meal exp | | | 7415800000 | | | |
| Document:KPhillips2004ex | Date: 1/17/2005 | | Currency: USD | **2,666.91** | **0.00** | **2,666.91** |
| | | 1 | 1,240.32 | 1,240.32 | 0.00 | 1,240.32 |
| KP auto rental, fuel, tra | | | 7015800000 | | | |
| | | 1 | 664.87 | 664.87 | 0.00 | 664.87 |
| KP lodging 1/21-2/25/0 | | | 7410800000 | | | |
| | | 1 | 575.39 | 575.39 | 0.00 | 575.39 |
| KP meals 10/28/04-4/1 | | | 7415800000 | | | |
| | | 1 | 780.10 | 780.10 | 0.00 | 780.10 |
| KP travel 1/24-4/19/05 | | | 7405800000 | | | |
| Document:KPhillips042905 | Date: 5/17/2005 | | Currency: USD | **3,260.68** | **0.00** | **3,260.68** |
| | | 1 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
| reimburse for Ed Lynch | | | 1380000000 | | | |
| Document:KPhillips060405 | Date: 6/7/2005 | | Currency: USD | **1,000.00** | **0.00** | **1,000.00** |
| | | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| Development of IT infra | | | 1380000000 | | | |
| Document:KPhillipsITinfra | Date: 6/1/2005 | | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |
| | | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| KP IT infrastructure dev | | | 1380000000 | | | |
| Document:KPhillipsITJun0 5 | Date: 6/1/2005 | | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |
| | | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| IT infrastructure develo | | | 1380000000 | | | |
| Document:KPhillipsITJul05 | Date: 8/1/2005 | | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |
| | | 1 | 143.25 | 143.25 | 0.00 | 143.25 |
| KP NYC trip - parking, t | | | 7015800000 | | | |
| Document:KPhillips042305 A | Date: 11/28/2005 | | Currency: USD | **143.25** | **0.00** | **143.25** |
| | | 1 | 40.00 | 40.00 | 0.00 | 40.00 |
| KP ACOEM 4/28/05 UI | | | 1380000000 | | | |
| Document:KPhillips043005 | Date: 11/28/2005 | | Currency: USD | **40.00** | **0.00** | **40.00** |
| | | 1 | 466.17 | 466.17 | 0.00 | 466.17 |
| KP Troy visit HPOD - to | | | 1380000000 | | | |
| Document:KPhillips051405 | Date: 11/28/2005 | | Currency: USD | **466.17** | **0.00** | **466.17** |

| Description | | | Amount | Amount | Amount |
|---|---|---|---:|---:|---:|
| | 1 | 36.50 | 36.50 | 0.00 | 36.50 |
| KP J&J trip 5/15/05 - m | | 7015800000 | | | |
| Document:KPhillips052105 | Date: 11/28/2005 | Currency: USD | **36.50** | **0.00** | **36.50** |
| | 1 | 627.47 | 627.47 | 0.00 | 627.47 |
| KP Denver 7/06-12 HP | | 1380000000 | | | |
| | 1 | 627.47 | 627.47 | 0.00 | 627.47 |
| KP Denver 7/06-12 UM | | 1380000000 | | | |
| Document:KPhillips071605 | Date: 11/28/2005 | Currency: USD | **1,254.94** | **0.00** | **1,254.94** |
| | 1 | 671.84 | 671.84 | 0.00 | 671.84 |
| KP Denver 7/18-20 HP | | 1380000000 | | | |
| | 1 | 671.84 | 671.84 | 0.00 | 671.84 |
| KP Denver 7/18-20 UM | | 1380000000 | | | |
| Document:KPhillips072305 | Date: 11/28/2005 | Currency: USD | **1,343.68** | **0.00** | **1,343.68** |
| | 1 | 837.90 | 837.90 | 0.00 | 837.90 |
| ACOEM 7/25-28 - UMK | | 1380000000 | | | |
| Document:KPhillips073005 | Date: 11/28/2005 | Currency: USD | **837.90** | **0.00** | **837.90** |
| | 1 | 226.28 | 226.28 | 0.00 | 226.28 |
| KP Troy 7/28/05 - HPO | | 1380000000 | | | |
| Document:KPhillips073005A | Date: 11/28/2005 | Currency: USD | **226.28** | **0.00** | **226.28** |
| | 1 | 1,898.47 | 1,898.47 | 0.00 | 1,898.47 |
| KP ACOEM/Denver 8/1 | | 1380000000 | | | |
| | 1 | 5,695.42 | 5,695.42 | 0.00 | 5,695.42 |
| KP ACOEM/Denver 8/1 | | 1380000000 | | | |
| Document:KPhillips082005 | Date: 11/28/2005 | Currency: USD | **7,593.89** | **0.00** | **7,593.89** |
| | 1 | 262.60 | 262.60 | 0.00 | 262.60 |
| KP Board visit 8/24/05- | | 7405800000 | | | |
| | 1 | 20.00 | 20.00 | 0.00 | 20.00 |
| KP Board visit 8/24/05- | | 7015800000 | | | |
| Document:KPhillips090305 | Date: 11/28/2005 | Currency: USD | **282.60** | **0.00** | **282.60** |
| | 1 | 691.77 | 691.77 | 0.00 | 691.77 |
| KP Troy 9/22/05 - HPO | | 1380000000 | | | |
| Document:KPhillips092405 | Date: 11/28/2005 | Currency: USD | **691.77** | **0.00** | **691.77** |
| | 1 | 522.87 | 522.87 | 0.00 | 522.87 |
| KP Boston 9/24-26 - HI | | 1380000000 | | | |
| Document:KPhillips100105 | Date: 11/28/2005 | Currency: USD | **522.87** | **0.00** | **522.87** |
| | 1 | 144.25 | 144.25 | 0.00 | 144.25 |
| KP Accretive Tech visit | | 7015800000 | | | |
| Document:KPhillips100105A | Date: 11/28/2005 | Currency: USD | **144.25** | **0.00** | **144.25** |
| | 1 | 743.72 | 743.72 | 0.00 | 743.72 |
| KP CORUM Conf 10/1! | | 7410800000 | | | |
| | 1 | 136.25 | 136.25 | 0.00 | 136.25 |
| KP CORUM Conf 10/1! | | 7015800000 | | | |
| Document:KPhillips102205 | Date: 11/28/2005 | Currency: USD | **879.97** | **0.00** | **879.97** |

| Description | Qty | Account | Amount | Amount | Tax | Total |
|---|---|---|---|---|---|---|
| | 1 | | 841.10 | 841.10 | 0.00 | 841.10 |
| KP Ntnl Work Comp Cc | | 7405800000 | | | | |
| | 1 | | 1,034.08 | 1,034.08 | 0.00 | 1,034.08 |
| KP Ntnl Work Comp Cc | | 7410800000 | | | | |
| | 1 | | 44.50 | 44.50 | 0.00 | 44.50 |
| KP Ntnl Work Comp Cc | | 7415800000 | | | | |
| | 1 | | 46.00 | 46.00 | 0.00 | 46.00 |
| KP Ntnl Work CompCo | | 7015800000 | | | | |
| **Document:KPhillips111905** | | **Date: 11/28/2005** | **Currency: USD** | **1,965.68** | **0.00** | **1,965.68** |
| | 1 | | 9.05 | 9.05 | 0.00 | 9.05 |
| KP Denver BOD 10/03 | | 7415800000 | | | | |
| | 1 | | 51.75 | 51.75 | 0.00 | 51.75 |
| KP Denver BOD 10/03 | | 7015800000 | | | | |
| | 1 | | 116.22 | 116.22 | 0.00 | 116.22 |
| KP Denver BOD 10/03 | | 7405800000 | | | | |
| | 1 | | 177.02 | 177.02 | 0.00 | 177.02 |
| KP Denver BOD 10/03 | | 1380000000 | | | | |
| | 1 | | 9.04 | 9.04 | 0.00 | 9.04 |
| KP Denver BOD 10/03 | | 7415800000 | | | | |
| | 1 | | 51.75 | 51.75 | 0.00 | 51.75 |
| KP Denver BOD 10/03 | | 7015800000 | | | | |
| | 1 | | 116.22 | 116.22 | 0.00 | 116.22 |
| KP Denver BOD 10/03 | | 7405800000 | | | | |
| | 1 | | 177.02 | 177.02 | 0.00 | 177.02 |
| KP Denver BOD 10/03 | | 1380000000 | | | | |
| **Document:KPhillips100805** | | **Date: 11/28/2005** | **Currency: USD** | **708.07** | **0.00** | **708.07** |
| | 1 | | 52.51 | 52.51 | 0.00 | 52.51 |
| KP ACOEM visit to Wa | | 7015800000 | | | | |
| | 1 | | 111.74 | 111.74 | 0.00 | 111.74 |
| KP ACOEM visit to Wa | | 7415800000 | | | | |
| | 1 | | 50.23 | 50.23 | 0.00 | 50.23 |
| KP ACOEM visit to Wa | | 7405800000 | | | | |
| | 1 | | 643.44 | 643.44 | 0.00 | 643.44 |
| KP ACOEM visit to Wa | | 1380000000 | | | | |
| **Document:KPhillips101505** | | **Date: 11/28/2005** | **Currency: USD** | **857.92** | **0.00** | **857.92** |
| | 1 | | 5.81 | 5.81 | 0.00 | 5.81 |
| KP ADP Atlanta, Ga 10 | | 7015800000 | | | | |
| | 1 | | 134.60 | 134.60 | 0.00 | 134.60 |
| KP ADP Atlanta, Ga 10 | | 7405800000 | | | | |
| | 1 | | 17.44 | 17.44 | 0.00 | 17.44 |
| KP ADP Atlanta, Ga 10 | | 7015800000 | | | | |
| | 1 | | 403.80 | 403.80 | 0.00 | 403.80 |
| KP ADP Atlanta, Ga 10 | | 7405800000 | | | | |
| **Document:KPhillips102905** | | **Date: 11/28/2005** | **Currency: USD** | **561.65** | **0.00** | **561.65** |
| | 1 | | 81.39 | 81.39 | 0.00 | 81.39 |
| KP Denver Board 11/0 | | 7015800000 | | | | |
| | 1 | | 358.79 | 358.79 | 0.00 | 358.79 |
| KP Denver Board 11/0 | | 7405800000 | | | | |
| | 1 | | 27.13 | 27.13 | 0.00 | 27.13 |
| KP Denver Board 11/0 | | 7015800000 | | | | |
| | 1 | | 119.60 | 119.60 | 0.00 | 119.60 |
| KP Denver Board 11/0 | | 7405800000 | | | | |
| **Document:KPhillips110505** | | **Date: 11/28/2005** | **Currency: USD** | **586.91** | **0.00** | **586.91** |

| Description | Qty | Account | Amount | | Balance |
|---|---|---|---|---|---|
| KP Denver 11/17-19 - | 1 | 7015800000 | 23.37 | 23.37 0.00 | 23.37 |
| KP Denver 11/17-19 - | 1 | 7415800000 | 9.87 | 9.87 0.00 | 9.87 |
| KP Denver 11/17-19 - | 1 | 1380000000 | 33.25 | 33.25 0.00 | 33.25 |
| KP Denver 11/17-19 - | 1 | 7015800000 | 23.36 | 23.36 0.00 | 23.36 |
| KP Denver 11/17-19 - | 1 | 7415800000 | 9.87 | 9.87 0.00 | 9.87 |
| KP Denver 11/17-19 - | 1 | 1380000000 | 33.25 | 33.25 0.00 | 33.25 |
| **Document:KPhillips111905A** | **Date: 11/28/2005** | **Currency: USD** | | **132.97 0.00** | **132.97** |
| KP IT infrastructure dev | 5 | 1380000000 | 10,000.00 | 50,000.00 0.00 | 50,000.00 |
| **Document:KPhillipsITDec05** | **Date: 12/31/2005** | **Currency: USD** | | **50,000.00 0.00** | **50,000.00** |
| KP St Petersburgh, Ru | 1 | 1380000000 | 486.89 | 486.89 0.00 | 486.89 |
| KP Stockholm & Oslo t | 1 | 7405800000 | 823.41 | 823.41 0.00 | 823.41 |
| KP Stockholm & Oslo t | 1 | 7410800000 | 904.40 | 904.40 0.00 | 904.40 |
| KP Stockholm & Oslo t | 1 | 7415800000 | 215.42 | 215.42 0.00 | 215.42 |
| KP Stockholm & Oslo t | 1 | 7015800000 | 150.00 | 150.00 0.00 | 150.00 |
| **Document:KPhillips121005** | **Date: 1/13/2006** | **Currency: USD** | | **2,580.12 0.00** | **2,580.12** |
| KP IT infrastructure dev | 3 | 1380000000 | 10,000.00 | 30,000.00 0.00 | 30,000.00 |
| **Document:KPhillipsITMar06** | **Date: 3/21/2006** | **Currency: USD** | | **30,000.00 0.00** | **30,000.00** |
| IT infrastructure develo | 1 | 1380000000 | 10,000.00 | 10,000.00 0.00 | 10,000.00 |
| **Document:KPhillipsITApr06** | **Date: 5/5/2006** | **Currency: USD** | | **10,000.00 0.00** | **10,000.00** |
| IT infrastructure develo | 1 | 1380000000 | 10,000.00 | 10,000.00 0.00 | 10,000.00 |
| **Document:KPhillipsITMay06** | **Date: 6/5/2006** | **Currency: USD** | | **10,000.00 0.00** | **10,000.00** |
| IT infrastructure develo | 1 | 1380000000 | 10,000.00 | 10,000.00 0.00 | 10,000.00 |
| **Document:KPhillipsITJun06** | **Date: 6/25/2006** | **Currency: USD** | | **10,000.00 0.00** | **10,000.00** |
| UMK visit to Zenith Inst | 1 | 1390000000 | 1,361.37 | 1,361.37 0.00 | 1,361.37 |
| **Document:KPhillips021106** | **Date: 2/10/2006** | **Currency: USD** | | **1,361.37 0.00** | **1,361.37** |
| dinner in MA 2/16-17 w | 1 | 7415800000 | 136.36 | 136.36 0.00 | 136.36 |
| **Document:KPhillips021806** | **Date: 2/17/2006** | **Currency: USD** | | **136.36 0.00** | **136.36** |

| Description | Qty | Account | Amount | | |
|---|---|---|---|---|---|
| | 1 | | 627.40 | 627.40 | 0.00 | 627.40 |
| CO visit 2/20-25 - airfar | | 7405800000 | | | |
| | 1 | | 368.27 | 368.27 | 0.00 | 368.27 |
| CO visit 2/20-25 - car r | | 7015800000 | | | |
| | 1 | | 219.55 | 219.55 | 0.00 | 219.55 |
| CO visit 2/20-25 - dinne | | 1390000000 | | | |
| | 1 | | 224.51 | 224.51 | 0.00 | 224.51 |
| CO visit 2/20-25 - meal | | 7415800000 | | | |
| | 1 | | 12.95 | 12.95 | 0.00 | 12.95 |
| Literature online | | 7125800000 | | | |
| **Document:KPhillips022506** | **Date: 2/25/2006** | **Currency: USD** | **1,452.68** | **0.00** | **1,452.68** |
| | 1 | | 988.79 | 988.79 | 0.00 | 988.79 |
| UMK with PR 3/21-24 a | | 1390000000 | | | |
| **Document:KPhillips032506** | **Date: 3/21/2006** | **Currency: USD** | **988.79** | **0.00** | **988.79** |
| | 1 | | 227.40 | 227.40 | 0.00 | 227.40 |
| CO visit 4/03-12 - airfar | | 7405800000 | | | |
| | 1 | | 20.00 | 20.00 | 0.00 | 20.00 |
| CO visit 4/03-12 - limo | | 7015800000 | | | |
| | 1 | | 33.10 | 33.10 | 0.00 | 33.10 |
| CO visit 4/03-12 - meal | | 7415800000 | | | |
| **Document:KPhillips041506** | **Date: 4/12/2006** | **Currency: USD** | **280.50** | **0.00** | **280.50** |
| | 1 | | 469.20 | 469.20 | 0.00 | 469.20 |
| Ingenix trip 4/29-5/03 - | | 7405800000 | | | |
| | 1 | | 196.19 | 196.19 | 0.00 | 196.19 |
| Ingenix trip 4/29-5/03 - | | 7015800000 | | | |
| | 1 | | 1,140.44 | 1,140.44 | 0.00 | 1,140.44 |
| Ingenix trip 4/29-5/03 - | | 7410800000 | | | |
| | 1 | | 47.17 | 47.17 | 0.00 | 47.17 |
| Ingenix trip 4/29-5/03 - | | 7415800000 | | | |
| | 1 | | 200.00 | 200.00 | 0.00 | 200.00 |
| Ingenix trip 4/29-5/03 - | | 7060800000 | | | |
| **Document:KPhillips042906** | **Date: 4/29/2006** | **Currency: USD** | **2,053.00** | **0.00** | **2,053.00** |
| | 1 | | 240.60 | 240.60 | 0.00 | 240.60 |
| ACOEM 4/17 - airfare | | 7405800000 | | | |
| | 1 | | 20.00 | 20.00 | 0.00 | 20.00 |
| ACOEM 4/17 - bus | | 7015800000 | | | |
| | 1 | | 158.57 | 158.57 | 0.00 | 158.57 |
| HCRE Congress Vegas | | 7015800000 | | | |
| **Document:KPhillips050606** | **Date: 5/3/2006** | **Currency: USD** | **419.17** | **0.00** | **419.17** |
| | 1 | | 132.80 | 132.80 | 0.00 | 132.80 |
| CO visit 5/10-12 - car r | | 7015800000 | | | |
| **Document:KPhillips051306** | **Date: 5/12/2006** | **Currency: USD** | **132.80** | **0.00** | **132.80** |
| | 1 | | 75.00 | 75.00 | 0.00 | 75.00 |
| ACOEM fee | | 7060800000 | | | |
| | 1 | | 554.43 | 554.43 | 0.00 | 554.43 |
| CO visit 5/10-12 - hotel | | 7410800000 | | | |
| | 1 | | 599.79 | 599.79 | 0.00 | 599.79 |
| UMK - LA 5/08-10 - airf | | 5365000000 | | | |
| **Document:KPhillips051306** | **Date: 5/12/2006** | **Currency: USD** | **1,229.22** | **0.00** | **1,229.22** |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 426.10 | 426.10 | 0.00 | 426.10 |
| CO visit 5/21-27 - airfar | | 7405800000 | | | |
| Document:KPhillips052706 | Date: 5/27/2006 | Currency: USD | **426.10** | **0.00** | **426.10** |
| | 1 | 23.09 | 23.09 | 0.00 | 23.09 |
| Troy visit - meal | | 7415800000 | | | |
| | 1 | 109.50 | 109.50 | 0.00 | 109.50 |
| Troy visit - mileage | | 7015800000 | | | |
| Document:KPhillips060306 | Date: 5/30/2006 | Currency: USD | **132.59** | **0.00** | **132.59** |
| | 1 | 555.60 | 555.60 | 0.00 | 555.60 |
| airfare for future unkno | | 1325000000 | | | |
| Document:KPhillips062406 | Date: 6/24/2006 | Currency: USD | **555.60** | **0.00** | **555.60** |
| | 1 | 1,401.90 | 1,401.90 | 0.00 | 1,401.90 |
| CO visit 6/25-29 - airfar | | 7405800000 | | | |
| | 1 | 781.46 | 781.46 | 0.00 | 781.46 |
| CO visit 6/25-29 - hotel | | 7410800000 | | | |
| | 1 | 162.05 | 162.05 | 0.00 | 162.05 |
| CO visit 6/25-29 - meal | | 7415800000 | | | |
| | 1 | 424.33 | 424.33 | 0.00 | 424.33 |
| CO visit 6/25-29 - renta | | 7015800000 | | | |
| Document:KPhillips070106 | Date: 6/25/2006 | Currency: USD | **2,769.74** | **0.00** | **2,769.74** |
| | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| IT infrastructure svcs Ji | | 1380000000 | | | |
| Document:KPhillipsITJul06 | Date: 8/5/2006 | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |
| | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| IT infrastructure HPOD | | 1380000000 | | | |
| Document:KPhillipsITAug06 | Date: 9/15/2006 | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |
| | 1 | 324.54 | 324.54 | 0.00 | 324.54 |
| IBM trip 07/29-08/02 - | | 7015800000 | | | |
| | 1 | 395.24 | 395.24 | 0.00 | 395.24 |
| IBM trip 07/29-08/02 - t | | 7410800000 | | | |
| | 1 | 18.68 | 18.68 | 0.00 | 18.68 |
| IBM trip 07/29-08/02 - r | | 7415800000 | | | |
| | 1 | 598.60 | 598.60 | 0.00 | 598.60 |
| IBM trip 07/29-08/02 - a | | 7405800000 | | | |
| Document:KPhillips080506 | Date: 8/2/2006 | Currency: USD | **1,337.06** | **0.00** | **1,337.06** |
| | 1 | 147.63 | 147.63 | 0.00 | 147.63 |
| NYC 9/22/06 - meals | | 7415800000 | | | |
| | 1 | 230.00 | 230.00 | 0.00 | 230.00 |
| NYC 9/22/06 - parking | | 7015800000 | | | |
| | 360 | 0.40 | 144.00 | 0.00 | 144.00 |
| NYC 9/22/06 - RT mile: | | 7015800000 | | | |
| Document:KPhillips092306 | Date: 11/30/2006 | Currency: USD | **521.63** | **0.00** | **521.63** |
| | 1 | -555.60 | (555.60) | 0.00 | (555.60) |
| Un-used prepaid airfare | | 1325000000 | | | |
| Document:KPhillips62406CR | Date: 6/24/2006 | Currency: USD | **(555.60)** | **0.00** | **(555.60)** |
| | 1 | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 |
| IT infrastructure HPOD | | 1380000000 | | | |
| Document:KPhillipsITSep06 | Date: 10/1/2006 | Currency: USD | **10,000.00** | **0.00** | **10,000.00** |

PHILL001 | 212,026 | 0 | 212,026