```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OLEG MASKAEV, ET AL.,

                    Plaintiffs,

     - against -                         07 Civ. 3417 (DAB)
                                              ORDER
WORLD BOXING COUNCIL, ET AL.

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

In a Memorandum and Order dated September 24, 2007, the Court denied Defendants' Motion to Dismiss the Amended Complaint but granted the Defendants' motion to stay the case until the conclusion of mediation and arbitration. The Parties were directed to advise the Court in writing of the outcome of those proceedings. (See Docket Entry No. 32.) Accordingly, as no further proceedings are presently contemplated in this action, the Clerk of Court is hereby directed to Administratively Close the Docket in this case.

SO ORDERED.

Dated:    New York, New York
          March 6, 2008

                                        *Deborah A. Batts*
                                        ─────────────────────
                                        DEBORAH A. BATTS
                                        United States District Judge