```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KENNETH M. PHILLIPS,

                Plaintiff,

     - against -                              07 Civ. 3417 (DAB)
                                                   ORDER
REED GROUP, LLC, ET AL.

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court entered Docket Entry No. 39, directing the Clerk of Court to administratively close the above captioned case, in error. The Clerk of Court is directed to strike Docket Entry No. 39 and to re-open the docket in the case.

ORDERED.

Dated:   New York, New York
         March 7, 2008

                                          _____
                                          DEBORAH A. BATTS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2008